MERCHANTS' LINE, Appellant, v. BALTIMORE & O. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by the Merchants' Line against the Baltimore & Ohio Railroad Company.

PER CURIAM. Judgment unanimously affirmed, with costs, on the authority of Sirkin v. Fourteenth St. Store, 124 App. Div. 384, 108 N. Y. Supp. 830.

KELLOGG, J., not sitting.

MERRIHEW, Appellant, v. PARROTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by Claude C. Merrihew against Cynthia Parrott and others. No opinion. Order settled. See, also, 154 N. Y. Supp. 747.

METZ, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by George J. Metz against Edward Martin. No opinion. Judgment and order affirmed, with costs.

MEYER et al., Appellants, v. GANCEDO, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by John H. Meyer and others against Eladio J. Gancedo. S. C. Steinhardt, of New York City, for appellants. P. Allen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEYROWITZ v. PERLMAN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Sarah Meyrowitz against Harry W. Perlman. No opinion. Application denied, with $10 costs. Order signed.

MICELLI v. SQUILLACI. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Angelo Micelli against Salvatore Squillaci. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MILLER v. MILLER (two cases). (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Almon G. Miller against Bethel Anderson Miller. No opinion. Motions granted by default. See, also, 158 App. Div. 766, 144 N. Y. Supp. 278.

MILLER, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Mary E. Miller against Helen J. M. Robinson, as administratrix, etc. L. E. Warren, of New York City, for appellant. A. G. McLaughlin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1129.

In re MILLER'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) In the matter of the probate of the last will and testament of James T. Miller, deceased. No opinion. Appeal dismissed, without costs, upon stipulation filed.

MITCHELL v. MASON et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by James Mitchell against James Mason and William Ericson and others, defendants. No opinion. Order of the County Court of Kings County modified by awarding costs to the appellants to the date of the order of discontinuance, and as modified affirmed, without costs.

MME. IRENE v. VULCAN METALS CO., Inc. (No. 7649.) (Supreme Court, Appellate Division, First Department. June 25, 1915.) Appeal from Special Term, New York County. Action by Mme. Irene against Vulcan Metals Co., Incorporated. From an order denying a motion for temporary injunction, plaintiff appeals. Affirmed. Louis B. Williams, of New York City, for appellant. Wilson B. Brice, of New York City, for respondent.

PER CURIAM. Without expressing any opinion as to what relief, if any, the plaintiff would be entitled to on the trial of the action, we do not think a case is made out for a temporary injunction. The order appealed from is therefore affirmed, with $10 costs and disbursements. Order filed.

M. M. FENNER CO., Respondent, v. McKAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by M. M. Fenner Company against Carrie E. McKay, as administratrix, etc., and others.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 157 App. Div. 943, 142 N. Y. Supp. 1131.

LAMBERT, J., not sitting.

MOMAND, Appellant, v. PROGRESSIVE AGE PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Ragland Momand against Progressive Age Publishing Company. F. R. Greene, of New York City, for appellant. C. E. Lydecker, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

MOODY, Respondent, v. MORRIS, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Harry A. Moody against Isaac Morris. No opinion. Judgment and order of the County Court of Westchester County affirmed, with costs. See, also, 153 N. Y. Supp. 1130.

MOONEY, Respondent, v. BROOKLYN COOPERAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by James Mooney against the Brooklyn Cooperage Company. No opinion. Judgment and order unanimously affirmed, with costs.